1  DORSEY & WHITNEY LLP
   Sri K. Sankaran (SBN 236584)
2  555 California Street, Suite 1000
   San Francisco, CA 94104-1513
3  sankaran.sri@dorsey.com
   Telephone: (415) 781-1989
4  Facsimile:  (415) 398-3249

5  Attorneys for Defendant
   Foundation IP LLC
6
   KENYON & KENYON
7  Sumit Bhattacharya (SBN 225754)
   RiverPark Towers
8  333 West San Carlos St., Suite 600
   San Jose, CA 95110
9  sbhattacharya@Kenyon.com
   Telephone:  (408) 975-7500
10 Facsimile:   (408) 975-7501

11 Attorneys for Plaintiff
   Lecorpio, Inc.
12

13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 LECORPIO, INC.                        NO.: C-06-01073 (PJH)

19 a California corporation,             [PROPOSED] ORDER FOR DISMISSAL
                                         WITHOUT PREJUDICE
20              Plaintiff,

21      v.

22 FOUNDATION IP LLC,

23 a Minnesota limited liability company,

24              Defendant.

                              **ORDER**
25

26      Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT:

27      1.      This action is dismissed WITHOUT prejudice; and

28

2. Each party shall bear its own costs, expenses and attorneys fees.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

9/7/06
_____

Dated

4842-7906-7137\19/5/2006 11:00 AM



-2-

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
C-06-01073